IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:10-00060 |
| | ) | Judge Trauger |
| DONNA JONES | ) | |
| | ) | |

## **O R D E R**

The court has received a letter from Martha E. Stinson on June 19, 2012.

It is hereby **ORDERED** that the Clerk shall file this letter as part of the record in this case. The Clerk is further directed to furnish to the defendant, Ms. Stinson, and to counsel for all parties a copy of both the letter and this Order.

In response to previous correspondence from the defendant, the court has asked the government to confer with the Probation Office and respond to the defendant's request concerning her restitution payments. That response is not due until June 27, 2012.

It is so **ORDERED.**

Enter this 20th day of June 2012.

_____
ALETA A. TRAUGER
United States District Judge