# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:10-00060 |
| | ) | Judge Trauger |
| DONNA JONES | ) | |

## O R D E R

At the request of the defendant and, given her financial situation, it is hereby **ORDERED** that, while incarcerated, the defendant shall make payments toward her court-ordered financial obligations in the amount of $25 per quarter under the Inmate Financial Responsibility Program. No other payments will be expected of her during her incarceration.

It is so **ORDERED.**

Enter this 5th day of July 2012.

_____
ALETA A. TRAUGER
United States District Judge