# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:10-00060 |
| | ) | Judge Trauger |
| DONNA JONES | ) | |
| | ) | |

## **O R D E R**

The court is in receipt of a letter from Martha Stinson, the defendant's mother, on August 20, 2013.

It is hereby **ORDERED** that the Clerk shall file this letter as part of the record in this case. The Clerk is further directed to furnish to Ms. Stinson, the defendant, and to counsel for all parties a copy of both the letter and this Order.

In light of the fact that the defendant has been ordered to pay only $25 per quarter toward restitution while incarcerated (Docket No. 46), the relief requested in this letter is **DENIED**.

It is so **ORDERED.**

Enter this 22nd day of August 2013.

_____
ALETA A. TRAUGER
United States District Judge